IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OTIS JAMES WRIGHT,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0265

Opinion filed February 1, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Otis James Wright, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.